SECURITY LAND AND EXPLORATION COMPANY *v.* WECKEY.

ERROR TO THE SUPREME COURT OF THE STATE OF MINNESOTA.

No. 128. Argued January 19, 1904.—Decided February 29, 1904.

Argued simultaneously with, by the same counsel, and on the same briefs as, No. 127.

MR. JUSTICE PECKHAM delivered the opinion of the court.

In this case land in the same section as in the foregoing case is involved, and as the title depends upon precisely the same facts, this case is by stipulation of counsel to abide the event of the other.

*Judgment affirmed.*